UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHEETA WILEY, et al., <br>     Plaintiffs, <br> v. <br> HEALTH SERVICES MEDIA, INC., et al., <br>     Defendants. | Case No. 18-cv-06680-SK <br><br> **ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE AND MONETARY SANCTIONS** |

On July 15, 2019, at 1:30 p.m., the Court held the initial case management conference in this matter. Plaintiffs did not appear and stated no reason for their failure to do so. The Court hereby issues an ORDER TO SHOW CAUSE why Plaintiffs' counsel should not be sanctioned in the amount of $500 for failure to appear and why Plaintiffs' claims should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Plaintiffs' counsel shall show cause in writing to be filed no later than August 1, 2019.

**IT IS SO ORDERED**.

Dated: July 15, 2019

SALLIE KIM
United States Magistrate Judge