UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHEETA WILEY, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>HEALTH SERVICES MEDIA, INC., et al.,<br><br>       Defendants. | Case No. 18-cv-06680-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 58 |

On March 24, 2022, the Court issued an Order requiring the parties to submit a status report regarding the progress of their settlement no later than April 1, 2022. (Dkt. 58.) No such status report was filed. Accordingly, the Court HEREBY ORDERS the parties to SHOW CAUSE why this action should not be dismissed with prejudice. In the event that the parties do not respond to this Order by April 22, 2022, a dismissal will issue.

**IT IS SO ORDERED**.

Dated: April 15, 2022

SALLIE KIM
United States Magistrate Judge