UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHEETA WILEY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HEALTH SERVICES MEDIA, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06680-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING CASE**<br><br>Regarding Docket Nos. 59, 60 |

On March 24, 2022, the Court issued an Order requiring the parties to submit a status report regarding the progress of their settlement no later than April 1, 2022. (Dkt. 58.) No such status report was filed. On April 15, 2022, the Court issued an Order to Show Cause instructing the parties to respond no later than April 22, 2022. (Dkt. 59.) On April 21, 2022, Defendant filed a status report with proof of service indicating that the settlement agreement has been consummated in full and asking that the Order to Show Cause be discharged. (Dkt. 60.) Good cause appearing, the Court HEREBY DISCHARGES the Order to Show Cause and FINDS that the Settlement Agreement and Stipulated Judgement entered on March 9, 2020, have been fully consummated and are thus final. This matter is DISMISSED. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: April 25, 2022

_____
SALLIE KIM
United States Magistrate Judge